IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT KALVITZ** : CASE NO. 1:16-CV-00748

Plaintiff : JUDGE SOLOMON OLIVER, JR.

vs.

**CITY OF CLEVELAND** : **MOTION FOR AN ORDER TO PROCEED WITH TRIAL IN THE INSTANT FEDERAL CASE**

Defendants

Now comes Counsel, HENRY J. HILOW, attorney for the Defendant, Jeffery J. Follmer, in the above captioned matter. Counsel is scheduled for trial in the matter City of East Cleveland v. Randolph Dailey (Case No. 15CRB00623) on the same date as the above captioned matter. Because federal matters take precedence over trial court matters, Counsel filed a Motion to Continue Trial with the East Cleveland Municipal Court on July 2, 2019. On July 5, 2019, Ms. Willa Mae Hemmons, Law Director for the City of Cleveland, informed Counsel via email that the Court denied the continuance request on July 3, 2019. The docket indicates that the Court issued this ruling without reviewing Counsel's Response to the Prosecutor's Opposition to the continuance request. Furthermore, despite Counsel's multiple phone calls to the Court's acting bailiff on the date of the ruling, the Court never took any action to notify Counsel or the Defendant of the Denial of the continuance request. Counsel only discovered the Court's ruling through Ms. Hemmons' July 5, 2019 email and an independent review of the Court's docket. The Court's acting bailiff instructed Counsel that the Court would notify him of a ruling on the Motion, in response to Counsel's repeated respectful requests for a conference between the parties to discuss the continuance request.

In Ms. Hemmons' Opposition to Counsel's continuance request, she argued, on page three (3), that "while it is true that normally a federal court trial 'trumps' a local one, this is a very unusual circumstance - one that reeks of conspiracy and fraud against the Court." Subsequently, in her July 5, 2019 email, Ms. Hemmons threatened to issue a capias against Counsel's client in the pending Municipal Court matter and asserted that there are other attorneys that could represent him in the event of Counsel's absence. These other attorneys include counsel for the other three (3) co-Defendants, who had their charges dismissed because they paid money to the City of East Cleveland. As an officer of the Court, Counsel has not, nor has he ever, participated in fraud or conspiracy against this Court, or any other Court. Furthermore, it would be clearly inappropriate for an attorney for a co-Defendant, who already resolved their case, to handle the trial of another co-defendant already represented by an attorney. Counsel is not requesting a continuance in the above captioned matter before this Honorable Court. Counsel is respectfully requesting guidance as to his ability to proceed in Federal Court.

Counsel greatly appreciates the attention of the Court to this issue and, in the interest of justice, respectfully requests the authority to proceed with pending matter before the Federal Court. Attached below are: Exhibit A – the current East Cleveland Municipal Court Docket for Case No. 15CRB00623; Exhibit B – Counsel's Motion to Continue Trial; Exhibit C – City of East Cleveland's Opposition to Counsel's continuance request; Exhibit D – Counsel's Response to City's Opposition; Exhibit E – Ms. Hemmons' July 5th, 2019 email.

Respectfully Submitted,

/s/Henry J. Hilow.

**HENRY J. HILOW (0019601)**
HILOW & SPELLACY LLC
The Rockefeller Building, Suite #1300
614 West Superior Avenue
Cleveland, Ohio 44113
Phone: (216) 344-9220
Fax: (216) 664-6999

ATTORNEY FOR DEFENDANT
JEFFERY J. FOLLMER

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Motion for an Order to Proceed with Trial in the Instant Federal Case* was submitted via the Court's electronic filing system, on this 8th day of July, 2019

/s/Henry J. Hilow.

**HENRY J. HILOW (0019601)**



Case: 1:16-cv-00748-SO Doc #: 66 Filed: 07/08/19 4 of 24. PageID #: 609

East Cleveland Municipal Court

Judge William L. Dawson, Presiding

Make Payment

Today's Traffic/Criminal Court Docket

Traffic/Criminal Case Search

Today's Civil Court Docket

Civil Case Search

Court Home Page

## Traffic/Criminal Case Summary

Actions

Print This Page
Email This Page

### General Information

| | |
|---|---|
| Case Number : | 15CRB00623 |
| Attorney Name : | |
| Assigned To : | WILLIAM L. DAWSON |
| Offense Date : | 11/29/2012 |
| Date Filed : | 7/2/2015 |
| Waiverable : | No |
| Affiant Name : | SCOTT GARDNER |
| Affiant Type : | East Cleveland PD |
| Proof of Insurance : | Unknown |
| Muni Name : | East Cleveland |

### Financial Information

| | |
|---|---|
| Total Fines & Costs : | $175.00 |
| Total Paid : | $175.00 |
| Total Owed : | $0.00 |

### Vehicle Information

| | |
|---|---|
| Plate State : | OH |
| Plate Number : | |
| Vehicle Year : | |
| Vehicle Make : | |
| Vehicle Model : | |
| Vehicle Color : | |

### Defendant Information

| | |
|---|---|
| Name : | RANDOLPH DAILEY |
| Address Line1 : | 8313 BURLINGTON DR |
| Address Line2 : | |
| City : | RIDGEVILLE |
| State : | OH |
| Zip Code : | 44039 |
| Date of Birth : | 6/26/1969 |

### Warrant Information

| | |
|---|---|
| Active Warrants : | No |

### Counts

| Count Number | Citation Number | Statute Code | Statute Description | Plea | Finding | Adjudicated By |
|---|---|---|---|---|---|---|
| 1 | 1207399 | 525.12 | DERELICTION OF DUTY | NOT GUILTY | | |

### Hearing Information

| Description | Court Date | Court Time | Court Room | Heard By |
|---|---|---|---|---|
| Jury Trial | 7/15/2019 | 9:30:00 AM | 1 | WILLIAM L. DAWSON |
| FINAL PRE-TRIAL | 4/4/2019 | 9:00:00 AM | 1 | WILLIAM L. DAWSON |
| Pre-Trial | 2/7/2019 | 9:00:00 AM | 1 | WILLIAM L. DAWSON |
| Continued | 7/9/2018 | 1:30:00 PM | 1 | WILLIAM L. DAWSON |
| Pre-Trial | 5/10/2018 | 1:30:00 PM | 1 | WILLIAM L. DAWSON |
| Arraignment | 4/12/2018 | 9:30:00 AM | 1 | WILLIAM L. DAWSON |
| Arraignment | 7/10/2015 | 10:30:00 AM | 1 | |

### Docket Information

NOTE: The Docket Information below is an abbreviated version of the actual Docket Entry. Only the first 60 characters of each line will show.

Click Here to display Full Docket Entry or contact the court for the full text entry.

| Entry Date | Entry |
|---|---|
| 7/3/2019 | Response to City's Oppositin to City's Opposition to Defenda |
| 7/3/2019 | Jury Trial court date set for 07/15/2019 at 09:30 AM in room |
| 7/3/2019 | Journal JE Cont by Def - Denied created in Book 15 Page 349 |
| 7/2/2019 | City's Opposition to Defendant's Motion's for Continuance Co |
| 7/2/2019 | City's Filed Motion in Limine to Preclude Testimony of Jason |
| 7/2/2019 | Plaintiff, the City's Filed City's Preliminary Trial Brief. |
| 7/2/2019 | Written Continuance filed by Defendant's Attorney on 07/02/2 |
| 4/12/2019 | Witness List filed via fax by Defendant's Attorney |
| 4/12/2019 | Supplemental Witness List filed by Defendant's Attorney via |
| 4/4/2019 | Hearing conducted on 4/4/19 all parties present Open/incompl |
| 3/11/2019 | City Filed a Motion for CITY'S MOTION FOR USE OF THE NIGHT C |
| 2/7/2019 | FINAL PRE-TRIAL court date set for 04/04/2019 at 09:00 AM in |
| 2/7/2019 | Feb. 7th 2019 Hearing. Counsel for Defendant Dailey present |
| 2/6/2019 | Pre-Trial court date set for 02/07/2019 at 09:00 AM in room |
| 1/11/2019 | City's Motion for Extension of the Discovery Deadline filed |
| 12/3/2018 | Motion filed by the CITY'S NOTICE OF INTENT TO USE EXPERT WI |
| 11/20/2018 | Written Motion in Opposition to Defendant filed by Prosecuto |
| 10/23/2018 | EAST CLEVELAND MUNICIPAL COURT CUYAHOGA COUNTY, OHIO STA |
| 10/1/2018 | Paid $175.00 receipt# 2018504829 paid by RANDOLPH DAILEY |
| 10/1/2018 | Written COURT of Appeal filed filed by Defendant's Attorney |
| 9/20/2018 | September 20, 2018 The City of East Cleveland vs. Rando |
| 9/20/2018 | This Opinion follows a full hearing held on July 9th 2018 by |
| 7/25/2018 | July 25 2018 Counsel asked for a thirty day cont. The contin |
| 7/25/2018 | This matter came before the court on July 9th 2018. A hearin |
| 7/25/2018 | Defendant Attorney filed a Motion to Grant Extension of Time |
| 7/6/2018 | Objection to City Of East Cleveland's Motion to Continue and |
| 7/6/2018 | Written Motion in Opposition to Defendant filed by Prosecuto |
| 6/18/2018 | City Filed a Motion for Continuance and Stay of Proceedings. |
| 6/18/2018 | Written Continuance filed by Prosecutor on 06/18/2018 |
| 5/10/2018 | Continued court date set for 07/09/2018 at 01:30 PM in room |
| 5/10/2018 | Case was called for hearing on 5/10/2018. Counsel for Defend |
| 4/12/2018 | Pre-Trial court date set for 05/10/2018 at 01:30 PM in room |
| 4/12/2018 | Defendant in court with counsel and case reset for pre-trial |
| 4/10/2018 | Brief in Opposition to Defendant's Motion to Dismiss Asserti |
| 4/6/2018 | Written Motion to Dismiss filed by the Defendant's Attorney |
| 4/5/2018 | Plea of NOT GUILTY entered on 04/05/2018 |
| 4/5/2018 | Written Jury Demand filed by Defendant's Attorney on 04/05/2 |
| 4/5/2018 | Written Motion to Enter Plea of Not Guilty filed by the Defe |



EXHIBIT
B

IN THE EAST CLEVLEAND MUNICIPAL COURT
CRIMINAL DIVISION
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| **STATE OF OHIO** | ) | CASE NUMBER: CRB 623 |
| | ) | |
| | ) | |
| Plaintiff | ) | JUDGE WILLIAM DAWSON |
| | ) | |
| vs. | ) | |
| | ) | |
| **RANDOLPH DAILEY** | ) | **MOTION TO CONTINUE TRIAL** |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes the Defendant, Randolph Dailey, by and through undersigned Counsel, respectfully request this Honorable Court continue the trial in this matter currently set for Monday, July 15, 2019 to another date and time convenient to the Court.

Counsel for Mr. Dailey will be engaged in a Federal trial, Robert Kalvitz vs. City of Cleveland, et al., Case Number 1:16-cv-00748, which is set to commence Monday, July 15, 2019 before the Honorable Solomon Oliver, Jr. This trial is expected to last approximately four (4) days.

This motion is being made in the interest of justice and not for the purpose of delay.

**Henry J. Hilow (0019601)**
The Rockefeller Building, Ste. 1300
614 West Superior Avenue
Cleveland, Ohio 44113
Phone: (216)344-9220
Fax: (216)664-6999
ATTORNEY FOR RANDOLPH DAILEY

**CERTIFICATE OF SERVICE**

A copy of the foregoing Motion to Continue was sent to Willa Hemmons, Esq., City of East Cleveland Prosecutor, by submittal to Clerk's Office, 14340 Euclid Ave., Cleveland, Ohio on this 28th day of June 2019.

______________________________

**HENRY J. HILOW (0019601)**
**The Rockefeller Building, Ste. 1300**
**614 West Superior Ave.**
**Cleveland, Ohio 44113**



IN THE EAST CLEVELAND MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO 44112

| | |
|---|---|
| CITY OF EAST CLEVELAND<br><br>Plaintiff,<br><br>v.<br><br>RANDOLPH DAILEY,<br><br>Defendant. | CASE NO.: 15 CRB 00623<br><br>JUDGE WILLIAM DAWSON |

**CITY'S OPPOSITION TO**
**~~DEFENDANT'S MOTION'S FOR CONTINUANCE~~**
**CORRECTED**

NOW Comes Defendant City of East Cleveland, by and through its undersigned counsel, and hereby enters its Opposition to Defendant's Motion for Continuance; and respectfully urges that in the exercise of its discretion this Court find that good cause exists to issue an Order denying a continuance of the July 15, 2019 trial date.

It is well established that the decision to grant or deny a continuance is entrusted to the sound discretion of the trial court. *Black v. Black,* 12th Dist. No. CA2008-06-022, 2009-Ohio-92, ¶ 11, citing State v. Unger, 67 Ohio St.2d 65, 67 (1981). Accordingly, review of the trial court's decision for an abuse of discretion. An abuse of discretion is more than an error of law or judgment; it implies the trial court's attitude is unreasonable, arbitrary, or unconscionable. *Blakemore v. Blakemore*, 5 Ohio St.3d 217, 219 (1983).

In opposition to Defendant's motion the City sets forth several considerations, all of which meet the test required in consideration of this Motion. The Supreme Court of Ohio has

provided that in ruling on a motion for continuance the trial court may consider the following factors:

a. The length of the delay requested;

b. Whether other continuances have been requested and received;

c. The inconvenience to litigants, witnesses, opposing counsel and the court;

d. Whether the requested delay is for legitimate reasons or whether it is dilatory, purposeful, or contrived;

e. Whether the [movant] contributed to the circumstance which gives rise to the request for a continuance; and

f. Other relevant factors, depending on the unique facts of each case.

See *Unger* at 67-68; *Tener v. Tener-Tucker*, 12th Dist. No. CA2004-05-061, 2005-Ohio-3892, ¶ 42.

A glaring point in Defense's Motion to be considered in determining "whether it is dilatory, purposeful, or contrived" is found upon review of the docket in the case that Defense Counsel presents as his continuance reason. In background, yesterday, July 1, 2019, City's Counsel was in federal court with Atty. Sarah Thomas Kovoor, one of the primary counselors in the referenced case, *Kavitz v. City of Cleveland, Ohio, et al.*, OHND Case No. 17-04174. The trial for *Kavitz* was set on April 11, 2019. The within case was set for trial on April 4, 2019 with Defense Counsel submitting a List of Witnesses, thereto on April 12, 2019. And, although the *Kavitz* case was mentioned in the context of setting deadlines for the case we were litigating, Atty. Kovoor ***never*** mentioned that Mr. Hilow was part of the *Kavitz* case. That is because it is doubtful that Atty. Kovoor was even aware at that point that he was a participant in the *Kavitz* case inasmuch as Atty. Hilow **did not enter his appearance until Friday, June 28, 2019.**

It is obvious then that the Supreme Courts points "d" and "e" are operative here, again:

    d. *Whether the requested delay is for legitimate reasons or whether it is dilatory, purposeful, or contrived;*

e. *Whether the [movant] contributed to the circumstance which gives rise to the request for a continuance;*

A careful review of the docket, attached as Exhibit "A," reveals that Mr. Hilow's name never appears in the *Kavitz* case prior to June 28, 2019. By that date, several of the witnesses who are members of the Cleveland Police Patrol Association (CPPA) had been served a subpoena to appear at Defendant Dailey's trial. The President of the CPPA is Jeffrey Folmer. Mr. Folmer is the party in the *Kavitz* case that Mr. Hilow purportedly, belatedly represents. It is very dubious that this is a coincidence. Clearly, Atty. Hilow's 'Notice of Appearance' in the *Kavitz* case is a contrived attempt to delay the trial. It is a transparent attempt to employ dilatory, purposeful tactics to further avoid justice. The movant's attorney has unequivocally contributed to the "circumstance which gives rise to the request for a continuance."

The Motion is based upon an assertion that is clearly a 'circumstance' manipulated for a dilatory purpose.

At this point, hundreds of hours have been spent in preparation for the within trial. Dozens of witnesses have been subpoenaed for Defendant Dailey's trial. It would be a logistical nightmare to try to reschedule everyone's appearance bring in point "c" above:

c. *The inconvenience to litigants, witnesses, opposing counsel and the court;*

The Defense Motion epitomizes this prohibition again granting its continuance. And, while it is true that normally a federal court trial 'trumps' a local one, this is a very unusual circumstance—one that reeks of conspiracy and fraud against the Court.

Their Motion does not present serious matters for consideration under the above factors supported by the Ohio Supreme Court. In this regard Defense's Motion is not deserving of

additional time, because it has not acted in good faith in numerous circumstances during this litigation. It has not acted in good faith by previously attempting to stir up diversionary tactics that undermine the integrity and credibility of the case. Even if it is given that Defense Counsel is legitimately Mr. Folmer's Counsel, the fact that the *Kavitz* case was set on April 11, 2019 giving this Mr. Hilow three months to notify this Court is *prima facie* dilatory and should be rejected outright.

The Motion thus lacks merit and is obviously made in an effort to deter justice and avoid the City's day in court on behalf of the people of East Cleveland.

## CONCLUSION

Defense has failed to raise a single meritorious reason for the continuance of the trial in this matter. Observing that this case has proceeded with numerous intervening circumstances including two appeals, professional attacks upon the City's Counsel as well as hearings on several frivolous issues brought by Defense, the fact that such a motion is brought so close to the trial is inherently suspect and should be DENIED.

Respectfully submitted,

*/s/ Willa Hemmons*
WILLA HEMMONS, 00041790
Law Director
City of East Cleveland
14340 Euclid Avenue
East Cleveland, Ohio 44112
(216) 681-2169 office
(216) 681-2199 fax
whemmons@eastcleveland.org

**CERTIFICATE OF SERVICE**

A copy of the foregoing Motion was served by FACSIMILE upon the , Esq., Attorney for Defendant Randolph Dailey, Henry Hilow, at (216) 664-6999 this 1ST day of July, 2019 as well as by email at hhilow@mghslaw.com; and, regular U.S. Mail at The Rockefeller Building, Suite 1300, 614 West Superior Avenue, Cleveland, Ohio 44113.

*/s/ Willa Hemmons*
WILLA HEMMONS

A

Cat03,Greenberg,Standard,TrSched

# U.S. District Court
# Northern District of Ohio (Cleveland)
# CIVIL DOCKET FOR CASE #: 1:16-cv-00748-SO

Kalvitz v. City of Cleveland, Ohio et al
Assigned to: Judge Solomon Oliver, Jr
Case in other court: 6th Circuit, 17-04174
Cause: 42:1983 Civil Rights Act

Date Filed: 03/26/2016
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Robert Kalvitz**

represented by **Sarah Thomas Kovoor**
Ford, Gold, Kovoor & Simon
8872 East Market Street
Warren, OH 44484
330-856-6888
Fax: 330-856-7550
Email: sarah.thomas.kovoor@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel A. Flaxman**
Ste. 201
200 South Michigan Avenue
Chicago, IL 60604
312-427-3200
Fax: 312-427-3930
Email: jaf@kenlaw.com
*ATTORNEY TO BE NOTICED*

**Kenneth N. Flaxman**
Ste. 201
200 South Michigan Avenue
Chicago, IL 60604
312-427-3200
Fax: 312-427-3930
Email: knf@kenlaw.com
*ATTORNEY TO BE NOTICED*

**Thomas D. Lambros**
Ford, Gold, Kovoor & Simon
8872 East Market Street
Warren, OH 44484
330-856-6888
Fax: 330-856-7550

Email: tdlambros@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Cleveland, Ohio**

represented by **Shawn M. Mallamad**
Greater Cleveland Regional Transit Authority
1240 West Sixth Street
Cleveland, OH 44113
216-356-1302
Fax: 216-350-5296
Email: shawn.mallamad@gcrta.org
*TERMINATED: 09/05/2017*

**Stephen W. Funk**
Roetzel & Andress - Akron
Ste. 400
222 South Main Street
Akron, OH 44308
330-849-6602
Fax: 330-376-4577
Email: sfunk@ralaw.com
*ATTORNEY TO BE NOTICED*

**William M. Menzalora**
City of Cleveland
Department of Law
Ste. 106
601 Lakeside Avenue
Cleveland, OH 44114
216-664-4285
Fax: 216-664-2663
Email:
wmenzalora@city.cleveland.oh.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher D. Randolph**
*Cleveland Police Officer*

represented by **Marisa L. Serrat**
Law Office of Jaime P. Serrat
Ste. 2100
55 Public Squre
Cleveland, OH 44114
216-696-2150
Fax: 216-696-1718
Email: mserratlaw@gmail.com
*ATTORNEY TO BE NOTICED*

**R. Brian Moriarty**
Ste. 2100
55 Public Square
Cleveland, OH 44113
216-566-8228
Fax: 216-623-7314
Email: bmoriartylaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey J. Follmer**
*Cleveland Police Officer*

represented by **Henry J. Hilow**
McGinty, Hilow & Spellacy
1300 Rockefeller Bldg.
614 Superior Avenue, W
Cleveland, OH 44113
216-344-9220
Fax: 216-664-6999
Email: hhilow@mghslaw.com
*ATTORNEY TO BE NOTICED*

**Marisa L. Serrat**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. Brian Moriarty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven W. Kinas**
*Cleveland Police Officer*

represented by **Marisa L. Serrat**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. Brian Moriarty**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2016 | 1 | **Complaint** with jury demand against All Defendants. Filing fee paid $ 400, Receipt number 0647-7545251. Filed by Robert Kalvitz. (Attachments: # 1 Civil Cover Sheet, # 2 Summons City of Cleveland, # 3 Summons Randolph, # 4 Summons Follmer, # 5 Summons Kinas ) (Kovoor, Sarah) Modified text on 3/28/2016 (S,SR). (Entered: 03/26/2016) |
| 03/28/2016 | | Judge Solomon Oliver, Jr assigned to case. (S,SR) (Entered: 03/28/2016) |
| 03/28/2016 | | |

| | | |
|---|---|---|
| | | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge Nancy A. Vecchiarelli. (S,SR) (Entered: 03/28/2016) |
| 03/28/2016 | 2 | Original Summons and Magistrate Consent Form issued to counsel for service upon All Defendants. (Attachments: # 1 Magistrate Consent Form) (S,SR) (Entered: 03/28/2016) |
| 03/31/2016 | 3 | **Motion** for attorney Kenneth N. Flaxman to Appear Pro Hac Vice filed by Plaintiff Robert Kalvitz. Filing Fee Not Paid. (Attachments: # 1 Certificate of Good Standing).(G,CA) (Entered: 04/04/2016) |
| 03/31/2016 | 4 | **Motion** for attorney Joel A. Flaxman to Appear Pro Hac Vice filed by Plaintiff Robert Kalvitz. Filing Fee Not Paid. Attachments: # 1 Certificate of Good Standing)(G,CA) (Entered: 04/04/2016) |
| 04/07/2016 | | Financial Transaction in the amount of $240.00 received for motions to appear pro hac vice by attorneys Kenneth and Joel Flaxman, Receipt # 14660085315 Related document(s) 4 , 3 . (C,BA) (Entered: 04/07/2016) |
| 04/13/2016 | | **Order** [non-document] granting Plaintiff's Motions for appearance pro hac vice by Attorney Joel A. Flaxman and Attorney Kenneth N. Flaxman. Local Rule 5.1 (c) requires that attorneys register for CM/ECF and file and receive all documents electronically. The CM/ECF registration form can be found at www.ohnd.uscourts.gov under Forms. (Related Doc # 3 , Related Doc # 4 ). Approved by Judge Solomon Oliver, Jr on 4/13/2016.(D,M) (Entered: 04/13/2016) |
| 04/29/2016 | 5 | Return of Service by Clerk by personal service executed upon City of Cleveland, Ohio on 4/27/2016, filed on behalf of Robert Kalvitz (Kovoor, Sarah) (Entered: 04/29/2016) |
| 04/29/2016 | 6 | Return of Service by Clerk by personal service executed upon Jeffrey J. Follmer on 4/27/2016, filed on behalf of Robert Kalvitz (Kovoor, Sarah) (Entered: 04/29/2016) |
| 04/29/2016 | 7 | Return of Service by Clerk by personal service executed upon Steven W. Kinas on 4/27/2016, filed on behalf of Robert Kalvitz (Kovoor, Sarah) (Entered: 04/29/2016) |
| 04/29/2016 | 8 | Return of Service by Clerk by personal service executed upon Christopher D. Randolph on 4/27/2016, filed on behalf of Robert Kalvitz (Kovoor, Sarah) (Entered: 04/29/2016) |
| 05/16/2016 | 9 | Unopposed **Motion** for extension of time until 06/15/2016 to answer *Plaintiff's Complaint* filed by Jeffrey J. Follmer, Steven W. Kinas, Christopher D. Randolph. (Serrat, Marisa) (Entered: 05/16/2016) |
| 05/17/2016 | 10 | Unopposed **Motion** for extension of time until June 16, 2016 to answer filed by Defendant City of Cleveland, Ohio. (Mallamad, Shawn) (Entered: 05/17/2016) |
| 05/20/2016 | | **Order** [non-document] granting Unopposed 9 Motion of Defendants Jeffrey J. Follmer, Steven W. Kinas, and Christopher D. Randolph for Extension of Time |

| | | |
|---|---|---|
| | | until 6/15/2016, to Answer Plaintiff's (re 1 ) Complaint. Approved by Judge Solomon Oliver, Jr on 5/20/2016.(D,M) (Entered: 05/20/2016) |
| 05/20/2016 | | **Order** [non-document] granting Defendant City of Cleveland's Unopposed 10 Motion for Extension of Time until 6/16/2016, to Answer or otherwise respond to Plaintiff's (re 1 ) Complaint. Approved by Judge Solomon Oliver, Jr on 5/20/2016.(D,M) (Entered: 05/20/2016) |
| 06/15/2016 | 11 | **Motion** to dismiss for failure to state a claim filed by Jeffrey J. Follmer, Steven W. Kinas, Christopher D. Randolph. Related document(s) 1 . (Serrat, Marisa) (Entered: 06/15/2016) |
| 06/15/2016 | 12 | **Answer** to 1 Complaint, with Jury Demand filed by Jeffrey J. Follmer, Steven W. Kinas, Christopher D. Randolph. (Serrat, Marisa) (Entered: 06/15/2016) |
| 06/16/2016 | 13 | **Answer** to 1 Complaint with Jury Demand filed by City of Cleveland, Ohio. (Mallamad, Shawn) Modified to add link on 6/16/2016 (W,CM). (Entered: 06/16/2016) |
| 06/17/2016 | 14 | Magistrate Consent Package issued. (D,M) (Entered: 06/17/2016) |
| 06/17/2016 | 15 | **Case Management Conference Scheduling Order** with case management conference to be held on 7/5/2016, at 11:30 AM at Chambers 19A before Judge Solomon Oliver Jr. Signed by Judge Solomon Oliver, Jr on 6/17/2016. (D,M) (Entered: 06/17/2016) |
| 06/22/2016 | 16 | Attorney Appearance *as Co-Counsel* of Thomas D. Lambros filed by Sarah Thomas Kovoor on behalf of Robert Kalvitz. (Kovoor, Sarah) Modified text on 6/23/2016 (S,S). (Entered: 06/22/2016) |
| 06/23/2016 | | **IMPORTANT:** Notice [non-document] of case management conference rescheduled on 7/7/2016, at 3:30 PM at Chambers 19A before Judge Solomon Oliver Jr. (D,M) (Entered: 06/23/2016) |
| 06/30/2016 | 17 | Response and exhibits to 11 **Motion** to dismiss for failure to state a claim filed by Robert Kalvitz. (Flaxman, Kenneth) Modified text 6/30/2016 (C,KA). (Entered: 06/30/2016) |
| 07/01/2016 | 18 | Report of Parties' Planning Meeting , parties do not consent to this case being assigned to the magistrate judge, filed by Robert Kalvitz. (Flaxman, Kenneth) (Entered: 07/01/2016) |
| 07/05/2016 | 19 | Attorney Appearance by William M. Menzalora filed by on behalf of City of Cleveland, Ohio. (Menzalora, William) (Entered: 07/05/2016) |
| 07/08/2016 | 20 | **Case Management Conference Order.** Case is assigned to the standard track. Discovery due by 1/27/2017. Parties to be Joined and Pleading Amendments due by 8/15/2016, Dispositive Motions due by 2/28/2017. Judge Solomon Oliver, Jr. 7/8/16 (C,KA) (Entered: 07/08/2016) |
| 07/13/2016 | 21 | **Order** denying Defendants Christopher D. Randolph, Jeffre9 J. Follmer, and Steven W. Kinas' Joint Motion to Dismiss for Failure to State a Claim (Related Doc # 11 ). Signed by Judge Solomon Oliver, Jr on 7/13/2016. (D,M) (Entered: 07/13/2016) |

| | | |
|---|---|---|
| 07/29/2016 | 22 | Initial Disclosures filed by Robert Kalvitz. (Kovoor, Sarah) (Entered: 07/29/2016) |
| 08/22/2016 | | Reassignment of Magistrate Judge due to the retirement of Magistrate Judge Nancy A. Vecchiarelli. In the event of a referral, case will be assigned to Magistrate Judge Jonathan D. Greenberg. (S,SR) (Entered: 08/22/2016) |
| 01/12/2017 | 23 | Notice to take Deposition of *Defendant Jeffrey J. Follmer* on *January 20, 2017* filed by Robert Kalvitz. (Kovoor, Sarah) (Entered: 01/12/2017) |
| 01/12/2017 | 24 | Notice to take Deposition of *Defendant Steven W. Kinas* on *January 20, 2017* filed by Robert Kalvitz. (Kovoor, Sarah) (Entered: 01/12/2017) |
| 01/12/2017 | 25 | Notice to take Deposition of *Defendant Christopher D. Randolph* on *January 20, 2017* filed by Robert Kalvitz. (Kovoor, Sarah) (Entered: 01/12/2017) |
| 01/23/2017 | 26 | Agreed Motion to extend Discovery cutoff date for 45 days, until March 13, 2017 filed by Plaintiff Robert Kalvitz. (Kovoor, Sarah) Modified text 1/24/2017 (C,KA). (Entered: 01/23/2017) |
| 01/27/2017 | | **Order** [non-document] granting 26 Agreed Motion to Extend Deadlines; Discovery due by 3/13/2017 and Dispositive Motions due by 4/5/2017. No further extension will be granted. Approved by Judge Solomon Oliver, Jr on 1/27/2017.(D,M) (Entered: 01/27/2017) |
| 02/09/2017 | 27 | Notice to take Deposition of *Jeffrey J. Follmer* on *February 27, 2017* filed by Robert Kalvitz. (Kovoor, Sarah) (Entered: 02/09/2017) |
| 02/09/2017 | 28 | Notice to take Deposition of *Steven W. Kinas* on *February 27, 2017* filed by Robert Kalvitz. (Kovoor, Sarah) (Entered: 02/09/2017) |
| 02/09/2017 | 29 | Notice to take Deposition of *Christopher D. Randolph* on *February 27, 2017* filed by Robert Kalvitz. (Kovoor, Sarah) (Entered: 02/09/2017) |
| 02/20/2017 | 30 | Notice to take Deposition of *Officer Richard Gokey* on *February 27, 2017* filed by Robert Kalvitz. (Kovoor, Sarah) (Entered: 02/20/2017) |
| 02/20/2017 | 31 | □otice to take Deposition of *Officer Tony Gonzalez* on *February 27, 2017* filed by Robert Kalvitz. (Kovoor, Sarah) (Entered: 02/20/2017) |
| 02/20/2017 | 32 | Notice to take Deposition of *Officer Mark Maguth* on *February 27, 2017* filed by Robert Kalvitz. (Kovoor, Sarah) (Entered: 02/20/2017) |
| 02/20/2017 | 33 | Notice to take Deposition of *Sgt. Jonathan Moran* on *February 27, 2017* filed by Robert Kalvitz. (Kovoor, Sarah) (Entered: 02/20/2017) |
| 04/03/2017 | 34 | **Motion** for summary judgment filed by Defendant City of Cleveland, Ohio. (Attachments: # 1 Exhibit A - Declaration of Joellen O'Neill, # 2 Exhibit B - Deposition of Jeffrey Follmer, # 3 Exhibit C - Deposition of Steven Kinas, # 4 Exhibit D - Deposition of Christopher Randolph, # 5 Exhibit E - Plaintiff Robert Kalvitz's Answers to Interrogatories)(Mallamad, Shawn) (Entered: 04/03/2017) |
| 04/05/2017 | 35 | Unopposed joint **Motion** for one week extension of time to file Defendants' Joint Motion for Summary Judgment until 04/12/2017 filed by Jeffrey J. |

| | | |
|---|---|---|
| | | Follmer, Steven W. Kinas, Christopher D. Randolph. (Serrat, Marisa) Modified text 4/10/2017 (C,KA). (Entered: 04/05/2017) |
| 04/06/2017 | | **Order** [non-document] granting Defendants Christopher D. Randolph, Jeffrey J. Follmer, and Steven W. Kinas' Unopposed Joint 35 Motion for Extension of Time Until 4/12/2017, to File Joint Motion for Summary Judgment. Approved by Judge Solomon Oliver, Jr on 4/6/2017.(D,M) (Entered: 04/06/2017) |
| 04/12/2017 | 36 | Joint **Motion** for summary judgment filed by Jeffrey J. Follmer, Steven W. Kinas, Christopher D. Randolph (related doc 34 ). (Attachments: # 1 Exhibit A-Kalvitz - Discovery, # 2 Exhibit B- Randolph - Transcript, # 3 Exhibit C- Kinas - Transcript, # 4 Exhibit D- Follmer - Transcript)(Serrat, Marisa) Modified text 4/17/2017 (C,KA). (Entered: 04/12/2017) |
| 05/03/2017 | 37 | **Response** in opposition to motions for summary judgment 34 and 36 filed by Robert Kalvitz. (Attachments: # 1 Exhibit 1 Kalvitz Declaration, # 2 Exhibit 2 Department of Justice Report)(Flaxman, Kenneth) Modified text 5/4/2017 (C,KA). (Entered: 05/03/2017) |
| 05/16/2017 | 38 | **Reply Brief** in support of 34 **Motion** for summary judgment filed by City of Cleveland, Ohio. (Mallamad, Shawn) Modified text 5/18/2017 (C,KA). (Entered: 05/16/2017) |
| 09/05/2017 | 39 | **Motion** by Shawn M. Mallamad to withdraw as attorney filed by Defendant City of Cleveland, Ohio. (Mallamad, Shawn) (Entered: 09/05/2017) |
| 09/05/2017 | | **Order** [non-document]granting Attorney Mallamad's Motion to withdraw as attorney, attorney Shawn M. Mallamad removed from case. Defendant represented by co-counsel Attorney William Menzalora (Related Doc # 39 ). Judge Solomon Oliver, Jr. on 9/5/2017.(R,Sh) (Entered: 09/05/2017) |
| 10/16/2017 | 40 | **Order** denying Defendant City of Cleveland's Motion for Summary Judgment (Related Doc # 34 ) and denying Defendants' Randolph, Folmer, Kinas's Joint Motion for summary judgment (Related Doc # 36 ) A Final Pretrial Conference is set for 11/6/2017 at 11:00 AM in Chambers 17A before Judge Solomon Oliver Jr. Jury Trial is set for 12/11/2017 at 09:00 AM in Courtroom 17A before Judge Solomon Oliver Jr. A separate trial order shall issue. Signed by Judge Solomon Oliver, Jr. on 10/16/2017. (R,Sh) (Entered: 10/16/2017) |
| 10/16/2017 | 41 | **Civil Trial Order** The above-titled case is scheduled for trial on December 11, 2017, at 9:00 a.m. in Courtroom 17A. A final pretrial conference is scheduled on November 6, 2017, at 11:00 a.m. in Chambers 17A. Pursuant to Local Rule 16.3 (e), parties and lead counsel of record must be present and prepared with full authority to discuss all aspects of the case, including any pleadings, scheduling matters and settlement. Related document 40 . Signed by Judge Solomon Oliver, Jr. on 10/16/2017. (R,Sh) (Entered: 10/16/2017) |
| 11/01/2017 | 42 | **NOTICE OF APPEAL** to the Sixth Circuit Court of Appeals from the 40 Order of 10/16/17, filed by Jeffrey J. Follmer, Steven W. Kinas, Christopher D. Randolph. (Filing fee $505 paid, receipt number 0647-8395020) (Serrat, Marisa). Modified text on 11/3/2017 (H,SP). (Entered: 11/01/2017) |
| 11/02/2017 | 43 | |

| | | |
|---|---|---|
| | | **Motion** to sever *claim against the City of Cleveland* filed by Plaintiff Robert Kalvitz. (Flaxman, Kenneth) (Entered: 11/02/2017) |
| 11/06/2017 | 44 | **Opposition** *with Memorandum in Support* to 43 **Motion** to sever *claim against the City of Cleveland* filed by City of Cleveland, Ohio. (Menzalora, William) Modified text on 11/6/2017 (M, S). (Entered: 11/06/2017) |
| 11/06/2017 | 45 | **Motion** *with Memorandum in Support* for Order Certifying Interlocutory Appeal Under 28 U.S.C. 1292(b) filed by Defendant City of Cleveland, Ohio. (Menzalora, William) Modified text on 11/6/2017 (M, S). (Entered: 11/06/2017) |
| 11/06/2017 | 46 | **Minute Order** of Final Pretrial Conference. The court held a final pretrial conference with counsel for the parties in the within case on November 6, 2017, at 11:00 a.m. At that conference, the court denied Plaintiffs Motion to Sever the Claim against the City of Cleveland (ECF No. 43). The court determined that it would try the case as one, instead of taking a piecemeal approach. The case is hereby stayed. Judge Solomon Oliver, Jr. on 11/6/2017. Time: 50 minutes(R,Sh) (Entered: 11/06/2017) |
| 11/13/2017 | | Acknowledgment from the USCA for Sixth Circuit of receipt of 42 Notice of Appeal (USCA# 17-4174). Date filed in USCA 11/8/17. (H,SP) (Entered: 11/13/2017) |
| ~~11/27/2017~~ | ~~47~~ | ~~Response to 45 Motion for Order Certifying Interlocutory Appeal Under 28~~ U.S.C. 1292(b) filed by Robert Kalvitz. (Flaxman, Kenneth) (Entered: 11/27/2017) |
| 12/01/2017 | 48 | **Reply** in support of 45 **Motion** for Order Certifying Interlocutory Appeal Under 28 U.S.C. 1292(b) filed by City of Cleveland, Ohio. (Menzalora, William) (Entered: 12/01/2017) |
| 03/16/2018 | 49 | Defendant City of Cleveland's Notice of Supplemental Authority in Support of Motion to Certify Interlocutory Appeal filed by City of Cleveland, Ohio. (Attachments: # 1 Exhibit Sixth Circuit - Order - Denying Motion to Dismiss (3-12-18), # 2 Exhibit Sixth Circuit - stay - further merit briefing (3-15-18)) Related document(s) 48 , 45 .(Menzalora, William) (Entered: 03/16/2018) |
| 03/19/2018 | 50 | Response to Defendants Notice of Supplemental Authority in Support of Motion to Certify Interlocutory Appeal filed by Robert Kalvitz. Related document(s) 49 .(Flaxman, Joel) (Entered: 03/19/2018) |
| 05/23/2018 | 51 | **Motion** to Advance for Ruling Defendant Cleveland's Motion to Certify Interlocutory Appeal filed by Plaintiff Robert Kalvitz. Related document(s) 45 . (Attachments: # 1 Exhibit 1 - Court of Appeals Letter)(Flaxman, Joel) (Entered: 05/23/2018) |
| 05/25/2018 | 52 | **Order** denying Defendant City of Cleveland's Motion to Certify Interlocutory Appeal (Related Doc # 45 ) for the reasons stated. Signed by Judge Solomon Oliver, Jr. on 5/25/2018.(R,Sh) (Entered: 05/25/2018) |
| 03/15/2019 | 54 | True copy of mandate from the USCA for the Sixth Circuit: Affirming the District Court's decision re 42 Notice of Appeal (USCA# 17-4174). Date issued as mandate 3/15/19, Costs: None (H,SP) (Entered: 03/15/2019) |

| | | |
|---|---|---|
| 04/11/2019 | 55 | **Civil Trial Order.** Jury Trial is set for 7/15/2019 at 09:00 AM in Courtroom 17A before Judge Solomon Oliver Jr. Final Pretrial Conference is set for 6/17/2019 at 10:30 AM in Chambers 17A before Judge Solomon Oliver Jr. Pursuant to Local Rule 16.3(e), parties and lead counsel of record must be present and prepared with full authority to discuss all aspects of the case, including any pleadings, scheduling matters and settlement. Signed by Judge Solomon Oliver, Jr. on 4/11/2019. (R,Sh) (Entered: 04/11/2019) |
| 06/17/2019 | 56 | Attorney Appearance by Stephen W. Funk filed by on behalf of City of Cleveland, Ohio. (Funk, Stephen) (Entered: 06/17/2019) |
| 06/19/2019 | 57 | **Final Pretrial Conference Order.** Counsel for the parties indicated at the conference that they were prepared to proceed to trial. They were unable to reach as settlement in the case. They also indicated that trial is estimated to last four or five days. Counsel for Defendants stated that they had not received Plaintiffs' updated medical records. The parties agreed that counsel for Plaintiff will furnish Defendants with all available updated medical records on or before June 21, 2019. Trial shall commence on July 15, 2019, at 9:00 a.m. Parties shall refer to the court's Civil Trial Order (ECF No. 55) for trial-related deadlines. Signed by Judge Solomon Oliver, Jr. on 6/18/2019. (R,Sh) (Entered: 06/19/2019) |
| 06/21/2019 | 58 | Witness List & *Exhibit List* filed by City of Cleveland, Ohio. Related document (s) 55 . (Menzalora, William) (Entered: 06/21/2019) |
| 06/28/2019 | 59 | Attorney Appearance by Henry J. Hilow filed by on behalf of Jeffrey J. Follmer. (Hilow, Henry) (Entered: 06/28/2019) |
| 07/01/2019 | 60 | Joint **Motion** to bifurcate *Punitive Damages* filed by Jeffrey J. Follmer, Steven W. Kinas, Christopher D. Randolph. (Serrat, Marisa) (Entered: 07/01/2019) |
| 07/01/2019 | 61 | Joint **Motion** in limine : Medical Testimony filed by Jeffrey J. Follmer, Steven W. Kinas, Christopher D. Randolph. (Serrat, Marisa) (Entered: 07/01/2019) |
| 07/01/2019 | 62 | Joint **Motion** in limine :Personnel Issues and Prior Criminal Offenses filed by Jeffrey J. Follmer, Steven W. Kinas, Christopher D. Randolph. (Serrat, Marisa) (Entered: 07/01/2019) |
| 07/01/2019 | 63 | Joint **Motion** in limine : Plaintiff's Unauthenticated and Incomplete Medical and Billing Records filed by Jeffrey J. Follmer, Steven W. Kinas, Christopher D. Randolph. (Serrat, Marisa) (Entered: 07/01/2019) |
| 07/01/2019 | 64 | **Motion** in limine Omnibus Motions in Limine filed by Plaintiff Robert Kalvitz. (Kovoor, Sarah) (Entered: 07/01/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/02/2019 08:54:31 | | | |
| PACER Login: | whemmons:3205778:0 | Client Code: | |
| Description: | Docket Report | | |

| | | Search Criteria: | 1:16-cv-00748-SO |
|---|---|---|---|
| Billable Pages: | 7 | Cost: | 0.70 |



EXHIBIT
D

IN THE EAST CLEVLEAND MUNICIPAL COURT
CRIMINAL DIVISION
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| **STATE OF OHIO** | ) CASE NUMBER: CRB 623 |
| | ) |
| | ) |
| Plaintiff | ) JUDGE WILLIAM DAWSON |
| | ) |
| vs. | ) |
| | ) |
| **RANDOLPH DAILEY** | ) **RESPONSE TO CITY'S OPPOSITION** |
| | ) **TO CITY'S OPPOSITION TO DEFENDANT'S** |
| Defendant | ) **MOTION TO CONTINUE** |
| | ) |

Now comes the Defendant Randolph Dailey's Attorney, Henry J. Hilow, response to the City's Opposition to the to the Defendant's Motion for Continuance. The City's opposition is not based on Fact. These complaints laid dormant in the East Cleveland law department until motions were filed by the Defendant's attorneys to advance the instant case. There has never been any dilatory tactics by defense counsel.

The baseless attack on counsel's professional character is unfounded. There is no "contrived" attempts to delay the trial. It is ridiculous and unethical to accuse counsel of trying to employ "dilatory, purposeful tactics to further avoid justice". When the trial date was set on April 11, 2019 in the instant case, counsel had not been retained in the matter of Kalvitz vs. City of Cleveland, et al., OHND Case Number: 17-04174 before the Honorable Solomon Oliver in Federal Court. The Kalvitz case was filed before the instant case and Attorney Brian Moriarty was original counsel. A final pretrial conference was held on June 19, 2019. The parties were unable to reach a settlement in this case. The order stated trail shall commence on July 15, 2019 (see Exhibit 1). Counsel is the attorney for the CPPA. Brian Moriarty, who had been the attorney for the CPPA, is not their counsel and is currently Law Director in North Ridgeville. Mr. Moriarty is not representing Mr. Follmer (Exhibit 2).

It is outrageous for the public servant to accuse counsel of perpetrating a conspiracy

and fraud against the Court. The City's Prosecutor's reference that she spoke to Attorney Sarah Thomas Kovoor on July 1, 2019 who is an attorney in the Kalvitz never mentioned "Henry Hilow". Henry Hilow filed a Notice of Appearance on Friday, June 28, 2019. In fact, the Prosecutor does not reference whether she asked if Mr. Hilow had filed a Notice of Appearance. Counsel has never delayed the process in the instant case.

The City's Motion in opposition is inflammatory, baseless and most importantly without merit. For the forgoing reasons, Counsel's stands by the original motion to continue filed in the instant case. This request is made in the interest of justice.

Respectfully submitted,

**Henry J. Hilow (0019601)**
The Rockefeller Building, Ste. 1300
614 West Superior Avenue
Cleveland, Ohio 44113
Phone: (216)344-9220
Fax: (216)664-6999
ATTORNEY FOR RANDOLPH DAILEY

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Continue was sent to Willa Hemmons, Esq., City of East Cleveland Prosecutor, by submittal to Clerk's Office, 14340 Euclid Ave., Cleveland, Ohio on this 28th day of June 2019.

**HENRY J. HILOW (0019601)**
**The Rockefeller Building, Ste. 1300**
**614 West Superior Ave.**
**Cleveland, Ohio 44113**

EXHIBIT
E

n

**From:** Willa Hemmons <whemmons@eastcleveland.org>
**Sent:** Friday, July 05, 2019 11:50 AM
**To:** Henry Hilow
**Cc:** Kevin Spellacy; Judgedawson@eccourt.com
**Subject:** East Cleveland v Randolph Dailey Case No 15crb0063

Dear Atty. Hilow:

Please be advised that on July 3, 2019, my secretary was notified by the East Cleveland Municipal Clerk of Courts that your Motion for a Continuance of the July 15, 2019, Jury Trial in the subject case was denied.

As the Jury Trial is going forward, your clients presence at the trial is mandatory. In the event of his non-appearance, I will request a capias until such time as his case is resolved.

Inasmuch as you filed your Notice of Appearance on June 28, 2019, two weeks before our trial date for a case with the same trial date as the instant one, in consideration of your client, I would suggest that there are at least four other attorneys with intimate knowledge of the facts and circumstances of this case.

Sincerely,

*/s/ Willa Hemmons*

Willa Hemmons
Law Director
City of East Cleveland
14340 Euclid Avenue
East Cleveland, Ohio 44112
(216) 681-2169 Office; (216) 681-2199 FAX
whemmons@eastcleveland.org