IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| ROBERT KALVITZ, | ) | CASE NO.: 1:16-cv-00748 |
|---|---|---|
| Plaintiff, | ) ) ) | JUDGE SOLOMON OLIVER, JR |
| vs. | ) ) ) | |
| CITY OF CLEVELAND, OHIO ET. AL., | ) ) | **DEFENDANTS CHRISTOPHER D. RANDOLPH, JEFFREY J. FOLLMER, AND STEVEN W. KINAS' SUPPLEMENTAL JOINT WITNESS LIST** |
| Defendant. | ) ) ) ) | |

Defendants Christopher D. Randolph, Jeffrey J. Follmer, and Steven W. Kinas (hereinafter "Defendants"), by and through undersigned counsel, hereby supplements their Witness List (R. 70) pursuant to this Honorable Court's Trial Order.

| **Witness** | **Description of Testimony** |
|---|---|
| **Kristen McCaskill**<br>FBI Special Agent<br>1501 Lakeside Avenue<br>Cleveland, OH 44114 | Special Agent McCaskill was present at the Zone Car Lounge and witnessed the Plaintiff's intoxication and actions on May 17, 2014. Special Agent McCaskill assisted Special Agent McCafferty. |

The individual Defendants will continue to supplement their witness list immediately upon learning of any additional witnesses or exhibits.

Respectfully submitted,

/s/ Marisa L. Serrat_____            /s/ Henry Hilow_____
MARISA L. SERRAT                         HENRY J. HILOW
Attorney at Law (#0088840)               Attorney at Law (#0019601)
55 Public Square                         614 W Superior Ave Ste 1300
2100 Illuminating Building               Cleveland, OH 44113
216-696-2150                             216-344-9220
Mserratlaw@gmail.com                     hhilow@mghslaw.com
**Counsel for Steven Kinas**             **Counsel for Jeffrey Follmer**

1

/s/ Keith R. Wolgamuth
Keith R. Wolgamuth (0015565)
Keith R. Wolgamuth Company L.P.A.
1450 Hinckley Hills Road
Hinckley, Ohio 44233-9716
Telephone: (330) 962-3815
Facsimile: (775) 640-0873
Email: krwolg@aol.com
**Counsel for Christopher Randolph**

## CERTIFICATE OF SERVICE

I certify that on July 8, 2019 a copy of the foregoing was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully submitted,

/S/ MARISA SERRAT
**MARISA SERRAT (0088840)**