IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Robert Kalvitz, | ) | Case No: 1:16-cv-748 |
| --- | --- | --- |
| *Plaintiff*, | ) ) ) | *(Judge Solomon Oliver, Jr.)* |
| -vs- | ) ) | |
| City of Cleveland, Ohio, et al., | ) ) | **Plaintiff's List of Witnesses** |
| *Defendants.* | ) | |

| WITNESS | DESCRIPTION OF TESTIMONY |
| --- | --- |
| Robert Kalvitz | Mr. Kalvitz will testify to the events at the Zone Car Lounge on May 17, 2014 and his injuries. |
| Commander Jamie Tavano | Commander Tavano had a conversation with Mr. Kalvitz at the Zone Car Lounge on May 17, 2014 and is expected to testify about what he observed. |
| Anthony Tomaro | Officer Tomaro saw Mr. Kalvitz at the hospital after the attack and then went to the Zone Car Lounge. |
| Charles McGeever | Mr. McGeever transported Mr. Kalvitz to the hospital. He reported the incident to the police department. |
| John Consorte | Mr. Consorte came to the hospital after Mr. Kalvitz's attack and photo documented his injuries. |
| Christopher Murphy, D.O. | Dr. Murphy treated Mr. Kalvitz's injuries immediately after the attack and is expected to testify to plaintiff's injuries. |

-2-

| Chief of Police Calvin Williams | Chief Williams will testify about the Department of Justice's investigation into the Cleveland Division of Police |
|---|---|
| Deputy Chief of Police Joellen O'Neill | Same |

Respectfully submitted,

/s/ Joel A. Flaxman             Sarah Thomas Kovoor (0069203)
    Joel A. Flaxman             Thomas D. Lambros (0049206)
    Kenneth N. Flaxman          Kovoor Law, LLC.
    200 S Michigan Ave, Ste 201 155 South Park Avenue, Ste 165
    Chicago, IL 60604           Warren, OH 44481
    knf@kenlaw.com              sarah.thomas.kovoor@gmail.com
    jaf@kenlaw.com
    *(admitted pro hac vice)*

*attorneys for plaintiff*

## CERTIFICATE OF SERVICE

I certify that on July 8, 2019, I electronically filed the foregoing.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        Respectfully submitted,

/s/ <u>Joel A. Flaxman</u>
    Joel A. Flaxman
    200 S Michigan Ave, Ste 201
    Chicago, IL 60604
    *(admitted pro hac vice)*