IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Robert Kalvitz, | ) | Case No: 1:16-cv-748 |
| | ) | |
| Plaintiff, | ) | (Judge Solomon Oliver, Jr.) |
| | ) | |
| -vs- | ) | |
| | ) | |
| City of Cleveland, Ohio, et al., | ) | **Plaintiff's List of Exhibits** |
| | ) | |
| Defendants. | ) | |

Pl Ex 1.  Report of Emergency Room treatment, May 17, 2004

Pl Ex 2.  Six photos of plaintiff taken by John Consorte at the emergency room on May 17, 2004

Pl Ex 3.  United States Department of Justice, Civil Rights Division & United States Attorney's Office, Northern District of Ohio, Investigation of the Cleveland Division of Police

Respectfully submitted,

| | |
|---|---|
| /s/  Joel A. Flaxman | Sarah Thomas Kovoor (0069203) |
| Joel A. Flaxman | Thomas D. Lambros (0049206) |
| Kenneth N. Flaxman | Kovoor Law, LLC. |
| 200 S Michigan Ave, Ste 201 | 155 South Park Avenue, Ste 165 |
| Chicago, IL 60604 | Warren, OH 44481 |
| knf@kenlaw.com | sarah.thomas.kovoor@gmail.com |
| jaf@kenlaw.com | |
| *(admitted pro hac vice)* | |

*attorneys for plaintiff*

-2-

## CERTIFICATE OF SERVICE

I certify that on July 8, 2019, I electronically filed the foregoing.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                Respectfully submitted,

/s/ Joel A. Flaxman
     Joel A. Flaxman
     200 S Michigan Ave, Ste 201
     Chicago, IL 60604
     *(admitted pro hac vice)*