IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT KALVITZ, | ) | CASE NO. 1:16-cv-00748 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | **DEFENDANTS' SECOND** |
| | ) | **AMENDED EXHIBIT LIST** |
| CITY OF CLEVELAND, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's Civil Trial Order (i.e., [Doc. 55), Defendant City of Cleveland has changed the identification of its exhibits from numbers to letters, and, also per the Order, to avoid the duplication of exhibits, the three Individual Defendants have joined in the filing of all defense exhibits .

**I.  Exhibit List.**

A. Police Report Record Management System (RMS) No. 201400140593
B. Event Chronology 201400140593
C. Audio recording(s)
D. Daily Duty Assignment – Second District/Third Platoon 5/16/14
E. Daily Duty Report for 5/16/14 – Sgt. Jonathan Moran
F. Daily Duty Report for 5/16/14 – P.O. Anthony Gonzalez/P.O. Mark Maguth
G. Daily Duty Assignment – Third District/4322 Platoon 5/17/14 (Randolph)
H. Daily Duty Report for 5/17/14 (Randolph)
I. Daily Duty Assignment – Personnel Unit/First Shift 5/17/14 (Follmer/Kinas)
J. The Manual of Rules for the Conduct and Discipline or Employees of the Division of Police
K. General Police Order 2.1.01 (Use of Force) (3 22 13)
L. Collective bargaining agreement (excerpts) (4/1/13-3/31/16)
M. Plaintiff's answers & responses to discovery
N. Plaintiff's declaration filed with opposition to summary judgment
O. Property Held Evidence for Owner (Items 1 & 2 + Plaintiff's Driver's License) for RMS 201400140593 (Plaintiff)
P. ER Records Fairview Hospital (5/17/14) produced by Plaintiff
Q. Medical records by Francis Mccafferty, M.D. produced by Plaintiff
R. Medical records by Michelle Inkster, M.D. produced by Plaintiff
S. Psychological Report (7/24/14) by Eddie Meyers, Ed.D. produced by Plaintiff
T. Plaintiff's medical records produced on or about June 19, 2019

U.  Malpractice complaint filed by Plaintiff on or about May 31, 2019 – Cuyahoga County Common Pleas Court Case No. CV-19-916176

Respectfully submitted,

| | |
|---|---|
| BARBARA A. LANGHENRY (0038838)<br>Director of Law | KEITH R. WOLGAMUTH COMPANY, L.P.A. |
| s/William M. Menzalora<br>William M. Menzalora (0061136)<br>Chief Assistant Director of Law<br>City of Cleveland, Department of Law<br>601 Lakeside Avenue, Room 106<br>Cleveland, Ohio  44114<br>Tel: (216) 664-2800<br>wmenzalora@city.cleveland.oh.us | s/Keith Wolgamuth<br>Keith R. Wolgamuth (0015565)<br>1450 Hinckley Hills Road<br>Hinckley, Ohio 44233<br>Tel: (330) 962-3815<br>krwolg@aol.com<br><br>Attorney for Defendant Christopher Randolph |

and

| | |
|---|---|
| s/Stephen W. Funk<br>Stephen W. Funk (0058506)<br>Roetzel & Andress, L.P.A.<br>222 South Main Street<br>Akron, Ohio 44308<br>Tel: (330) 376-2700<br>sfunk@ralaw.com<br><br>Attorneys for Defendant City of Cleveland | s/Henry Hillow<br>Henry Hillow (0019601)<br>McGinty, Hillow & Spellacy<br>1300 Rockefeller Bldg.<br>614 Superior Avenue, W.<br>Cleveland, Ohio 44113<br>(216) 344-9220<br>hhillow@mghslaw.com<br><br>Attorney for Defendant Jeffrey Follmer |
| | s/Marisa L. Serrat<br>Marisa L. Serrat (008840)<br>Law Offices of Jaime P. Serrat<br>55 Public Square, Ste. 2100<br>Cleveland, Ohio 44114<br>(216) 696-2150<br>mserratlaw@gmail.com<br><br>Attorney for Defendant Stephen Kinas |

2

## CERTIFICATE OF SERVICE

I certify that on this 12th day of July, 2019, the above document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              s/William M. Menzalora
                                              WILLIAM M. MENZALORA