UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT KALVITZ, | ) | Case No.: 1:16 CV 748 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, OHIO, *et al.*, | ) | |
| | ) | |
| | ) | <u>ORDER</u> |
| Defendants | ) | |

This matter was set to commence trial on July 15, 2019. Just prior to commencement of trial, the parties advised they had reached a settlement.  Parties anticipated  filing a stipulation of dismissal within approximately 30 days.  It is not necessary that the action remain upon the calendar of the court. The parties must submit their stipulated dismissal entry to the court within 10 days of the date of this Order.

IT IS ORDERED that this action is hereby closed.  The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 30, 2019